Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MONICA HEMPHILL

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MONICA HEMPHILL, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

MONICA HEMPHILL (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against WELLS FARGO BANK, N.A. (Defendant):

## **INTRODUCTION**

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

## **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Because Defendant conducts business in the State of Arizona, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Phoenix, Maricopa County, Arizona.

6. Defendant is a business entity with its principal place of business in San Francisco, California.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (602) 370-11XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 877-647-8552.

11. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. In or around May of 2014, Plaintiff spoke with Defendant's representative and requested that Defendant cease placing calls to her cellular phone.

13. Plaintiff revoked any consent, express, implied, or otherwise, to receive automated collection calls from Defendant.

14. Despite Plaintiff's request to cease, Defendant continued to place automated calls to Plaintiff without consent to do so, including but not limited to the following:

- July 15, 2014: four (4) calls;
- July 16, 2014: four (4) calls;

- July 17, 2014: two (2) calls;
- July 18, 2014: five (5) calls;
- July 19, 2014: five (5) calls;
- July 22, 2014: four (4) calls;
- July 24, 2014: two (2) calls;
- July 25, 2014: three (3) calls;
- July 26, 2014: two (2) calls;
- July 29, 2014: three (3) calls;
- July 30, 2014: two (2) calls;
- July 31, 2014: two (2) calls;
- August 1, 2014: two (2) calls;
- August 2, 2014: one (1) call

## COUNT I

### DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

18. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

19. All court costs, witness fees and other fees incurred; and

20. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, MONICA HEMPHILL, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  November 4, 2014                KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

08/02/2014  05:39    6024938101                        QDOBA 409                              PAGE 06
Case 2:14-cv-02448-JJT   Document 1   Filed 11/04/14   Page 5 of 5

1 | **VERIFICATION OF COMPLAINT AND CERTIFICATION**

2 | STATE OF ARIZONA

3 |      Plaintiff, MONICA HEMPHILL, states as follows:

4 | 1. I am the Plaintiff in this civil proceeding.
5 | 2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
6 | 3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing
7 |    law.
8 | 4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the
9 |    Complaint.
10 | 5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
    6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
11 | 7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of
12 |    the attached exhibits may contain some of my own handwritten notations.

13 |      Pursuant to 28 U.S.C. § 1746(2), I, MONICA HEMPHILL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

14 |

15 | DATE: 8-2-14            *Monica Hemphill*
                                 MONICA HEMPHILL

- 5 -
PLAINTIFF'S COMPLAINT