```
 1  Brian A. Cabianca (Arizona Bar No. 016410)
    brian.cabianca@squirepb.com
 2  Gregory Schneider (Arizona Bar No. 029660)
    gregory.schneider@squirepb.com
 3  SQUIRE PATTON BOGGS (US) LLP
    One East Washington Street, Suite 2700
 4  Phoenix, Arizona 85004
    Telephone: (602) 528-4000
 5  Facsimile: (602) 253-8129
 6
    Attorneys for Defendant
 7  Wells Fargo Bank, N.A.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Hemphill., | Case No. CV-14-02448-PHX-JJT |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| Wells Fargo Bank, N.A., | |
| Defendant. | |

Pursuant to the Court's orders of December 24, 2014 (Doc. 13) and July 28, 2015 (Doc. 15), the parties submit this joint status report. After this case entered arbitration, plaintiff Monica Hemphill withdrew her Telephone Consumer Protection Act claim against Wells Fargo. That claim for relief forms the only basis of this lawsuit. Accordingly, this lawsuit can and should be dismissed with prejudice.

RESPECTFULLY SUBMITTED this 29th day of July, 2014.

*/s/   Ryan Lee   (with permission)*
Ryan Lee
rlee@consumerlawcenter.com
KROHN & MOSS, LTD.
Consumer Law Center
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

*Attorneys for Plaintiff Monica Hemphill*

1
2        */s/    Brian A. Cabianca*
         Brian A. Cabianca
3        Gregory Schneider
         SQUIRE PATTON BOGGS (US) LLP
4        One East Washington Street, Suite 2700
         Phoenix, Arizona 85004
5
         *Attorneys for Defendant Wells Fargo Bank, N.A.*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of July, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Ryan Lee
rlee@consumerlawcenter.com
Krohn & Moss, Ltd.
Consumer Law Center
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

*Attorneys for Plaintiff Monica Hemphill*


*/s/ Tanya Skeet*

- 3 -