NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Hemphill,<br><br>               Plaintiff,<br><br>v.<br><br>Wells Fargo Bank NA,<br><br>               Defendant. | No. CV-14-02448-PHX-JJT<br><br>**ORDER** |

Pursuant to the Court's orders of December 24, 2014 (Doc. 13) and July 29, 2015 (Doc. 15) the parties have filed a joint status report (Doc. 16). After consideration thereof, and good cause appearing,

IT IS HEREBY ORDERED DISMISSING plaintiff Monica Hemphill's claim with prejudice.

Dated this 31st day of July, 2015.

_____
Honorable John J. Tuchi
United States District Judge